IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEOTIS L. THOMPSON,** | Case No. C 14-1106 VC (PR) |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **B. GOWER, Warden,** | |
| Respondent. | |

   IT IS HEREBY ORDERED that the time within which respondent is to respond to this Court's Order to Show Cause filed on July 22, 2014, will be extended to November 21, 2014. Petitioner's response, if any, shall be filed and served within 30 days of service of the answer.

Dated: September 30, 2014

_____
The Honorable Vince Chhabria

1

[Proposed] Order (C 14-1106 MEJ (PR))