UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEOTIS L. THOMPSON,<br><br>       Petitioner,<br><br>    v.<br><br>GOWER,<br><br>       Respondent. | Case No. 14-cv-01106-VC  (PR)<br><br>**JUDGMENT** |

The petition for writ of habeas corpus having been denied, judgment is hereby entered in favor of Respondent.  Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

Dated: April 28, 2015

_____
VINCE CHHABRIA
United States District Judge